IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LILLIAN TARVER** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:10CV423-HSO-JMR |
| | § | |
| **WAL-MART STORES EAST, INC.** | § | **DEFENDANT** |

## FINAL JUDGMENT

This action came on for trial before the Court and a jury commencing on the 14th day of February, 2012, and concluding on the 16th day of February, 2012, Honorable Halil Suleyman Ozerden, United States District Judge, presiding, and the issues having been duly tried and the jury having heard all of the evidence and arguments of counsel and having received instructions of the Court, including a Verdict Form, retired to consider their verdict and returned upon their oaths, into open Court, the following unanimous verdict, to wit:

**Question Number One:**

Do you find by a preponderance of the evidence that Plaintiff's fall on June 19, 2008, was proximately caused by the negligence of Defendant Wal-Mart Stores East, L.P.?

      Please answer yes or no: "Yes"

**Question Number Two:**

Do you find by a preponderance of the evidence that Plaintiff suffered any injuries or damages as a result of her fall on June 19, 2008?

      Please answer yes or no: "Yes"

**Question Number Three:**

What amount do you find by a preponderance of the evidence are the damages suffered by the Plaintiff in this case? Answer in dollars and cents.

  Economic damages:  $10,000.00

  Noneconomic damages: $30,000.00

**Question Number Four:**

Do you find by a preponderance of the evidence that the negligence of Plaintiff Lillian Tarver, if any, caused or contributed to Plaintiff's injury or damages associated with her fall on June 19, 2008?

  Please answer yes or no: "Yes"

**Question Number Five:**

What percentage of fault do you attribute to the negligence, if any, of each party?

| | |
|---|---|
| Wal-Mart Stores East, L.P. | 75% |
| Plaintiff Lillian Tarver | 25% |

**(Total must equal 100%)**

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Lillian Vernon shall recover from Defendant Wal-Mart Stores East, compensatory damages in the total amount of $30,000.00.

**SO ORDERED AND ADJUDGED**, this the 17th day of February, 2012.

        *s/ Halil Suleyman Ozerden*
        HALIL SULEYMAN OZERDEN
        UNITED STATES DISTRICT JUDGE